EXHIBIT C

STATE OF SOUTH DAKOTA

**OFFICE OF ATTORNEY GENERAL**
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Phone (605) 773-3215
Fax (605) 773-4106
TTY (605) 773-6585
www.state.sd.us/atg

**JASON R. RAVNSBORG**
ATTORNEY GENERAL

**CHARLES D. McGUIGAN**
CHIEF DEPUTY ATTORNEY GENERAL

*Sent via electronic mail, USPS Mail and Express Mail*

January 25, 2019

Interstate Medical Licensure Compact Commission
5306 S. Bannock St. #205
Littleton, CO 80120

Re: Dr. Talbot and Dr. Swanke

Dear Mr. Masters:

This letter is in response to your January 15, 2019 letter. Your letter indicates that the IMLCC Executive Committee requested an ad hoc committee to investigate two applicants for medical licensure in the State of South Dakota. The ad hoc committee did not contact anyone in the State of South Dakota including South Dakota Board of Medical and Osteopathic Examiners (SDBMOE) staff or the SDBMOE Commissioners assigned to the IMLCC. Further, and according to your letter, the ad hoc committee only reviewed three documents. This lack of communication during the investigative process is most unfortunate.

From your letter it appears the issue that concerns the IMLCC is that South Dakota labeled two applications as "deemed withdrawn for lack of response sixty days" for physicians Timothy Talbot and William Swanke.

I am enclosing a November 14, 2018 email from Wanda Bowling. Ms. Bowling's email was sent to SDBMOE staff regarding multiple physicians and their status. In this email, Ms. Bowling directs that action should be taken to review the listed physicians and to complete an "ML form". She also states that those applicants who "...have failed to provide the required information in 60 days, our rule says we consider them withdrawn." Based on this email, and the directions from Ms. Bowling, the SDBMOE staff was able to report that, except for the two addressed in your most recent letter, all the other applicants were licensed.

Regarding Dr. William Swanke, he sent an email on October 6, 2018, to the IMLCC and to the SDBMOE, requesting the withdrawal of his application for a license in South Dakota. South Dakota honored his request and (as Wanda Bowling instructed) closed his application.

Regarding Dr. Timothy Talbot, the SDBMOE has attempted to contact Dr. Talbot, but he has not responded to the SDBMOE communication. After the sixty-day period expired, and again as directed by Ms. Bowling, SDBMOE staff closed his application.

The action taken by the SDBMOE concerning both applicants was taken at the direction of staff employed by the IMLCC and as indicated by Ms. Bowling in her email. If you now request that SDBMOE staff attempt to contact both doctors and have them complete the licensing process, the SDBMOE does not object. If you seek some other resolution to these matters, please specify.

It must be noted that on January 22, 2019, the SDBMOE received a new email from Ms. Bowling (which is attached) with different directions for the closure of applications. This email is inconsistent with Ms. Bowling's previous email. SDBMOE staff are hesitant to rely on directions from Ms. Bowling without verification from the IMLCC that the information provided by Ms. Bowling is correct. Please verify that Ms. Bowling is the IMLCC's contact person for these issues, and that she has authority to speak on behalf of the IMLCC in these matters. Also, please verify that the directions given by Ms. Bowling are correct.

The SDBMOE hopes that this resolves any outstanding matters. The SDBMOE also hopes that in the future, the IMLCC, including any of its committees (ad hoc or otherwise), will discuss issues directly with SDBMOE staff prior to sending further default letters.

Sincerely,

William H. Golden
Assistant Attorney General

WHG/jm
Enclosure

cc: Steven Blair, Assistant Attorney General
Counsel for the South Dakota Medical Board
cc: Kim Malsam-Rysdon, South Dakota Secretary of Health

## Sterling, Randi

**From:** wb469812@gmail.com
**Sent:** Wednesday, November 14, 2018 6:45 PM
**To:** SDBMOE; 'IMLCC'
**Cc:** 'Marschall Smith'
**Subject:** RE: [EXT] CL 181141

Dear SD,

I'm not privy to this email sent from our new assistant, but I have some food for thought. Sometimes States forget to complete the ML form. Happens all the time. You may issue a license, but you forget to complete the form in our system. If the system says they are outstanding, you have not completed the form. This requires action on your part.

As far as the 60 day issue, I'm thinking if the "Balance" have failed to provide the required information in 60 days, our rule says we consider them withdrawn. The 60 day rule is your call, of course.

Please review these again and complete the forms. Whatever is left over, please assist Linda with a status. She's monitoring "expeditious" efforts.

NAMES REDACTED
was sent to you on 8/24 for a license and the ML is not completed.
was sent to you on 8/24 for a license and the ML is not completed.
sent a request for LOQ 9/21, nothing has happened.
sent a request for LOW 8/8, nothing has happened.
was sent to you on 9/5 for a license and the ML is not completed.
W. Swanke was sent to you on 6/22 for a license and the ML is not completed.
T. Talbot was sent to you on 7/31 for a license and the ML is not completed.
NAMES REDACTED was sent to you on 8/7 for a license and the ML is not completed.

This extra information is meant to help you.

Let use know what we can do to assist.

Best,
Wanda

---

**From:** SDBMOE
**Sent:** Tuesday, November 13, 2018 2:52 PM
**To:** IMLCC
**Cc:** 'Marschall Smith' ; Wanda Bowling
**Subject:** CL 181141

Dear "IMLC Assistant" (and Marschall and Wanda):

Please explain exactly what you mean by "...action is required on the part of your Board,"? What requirement are you referring to here?

Also, we are not sure where you are getting your list – it is in accurate: 2 of those listed are already issued, 2 of those listed are LESS than 60 days old (received in October), and the balance have yet to provide the **required additional information** to issue the license.

Thank you,
Licensing Specialists:
Elise and Randi
South Dakota Board of Medical & Osteopathic Examiners

sdbmoe@state.sd.us
www.sdbmoe.gov
101 N. Main Ave., Suite 301
Sioux Falls, SD 57104

**From:** imlccassistant@imlcc.net [mailto:imlccassistant@imlcc.net] **On Behalf Of** IMLCC
**Sent:** Tuesday, November 13, 2018 1:11 PM
**To:** SDBMOE <SDBMOE@state.sd.us>
**Subject:** [EXT] Applications made through IMLC 60 days and older

Enclose please find the list of Physician's that have applied for license through the Interstate Medical Licensure Compact. All applications are over 60 days old and action is required on the part of your Board. Please log into DocuSign for additional information and next steps.

Carr, Michael

NAMES REDACTED

Swanke, William

Talbot, Timothy

NAMES REDACTED

Thank you for your courtesy and cooperation

The IMLCC

"new expedited pathway to licensure"