EXHIBIT D

# Interstate Medical Licensure Compact

William H. Golden
Assistant Attorney General
Office of Attorney General
State of South Dakota
1302 East Highway 14, Ste. 1
Pierre, South Dakota 57501-8501

March 15, 2019

Re: Notice of Default

Dear Mr. Golden:

I have provided the IMLCC Executive Committee with your letter of February 19, 2019 in response to the follow up inquiry of IMLCC Director, Marschall S. Smith, concerning the default of the State of South Dakota with its obligations. In that letter you contend that failure to provide additional information as required by an Administrative Rule of South Dakota justified the denial of the expedited medical licenses of Dr. Talbot and Dr. Swanke.

The Executive Committee of the Interstate Medical Licensure Compact Commission, after consideration of your response, respectfully disagrees with your contention and reaffirms its position, set forth in the previous notice of default that the action of the South Dakota Board of Medical and Osteopathic Examiners ("SDBOME"), in the denial of the applications for these physicians, is in violation of its obligations under Section 5(d) of the Compact. This action is contrary to the actions of all other member board states to which application was made and which issued licenses to these physicians based on the LOQ and Core Data information having been furnished as required under Section 2 (k) of the compact. Based upon this information the boards of all other compact member states from which expedited licenses were sought, determined that these applications have been verified as eligible for the issuance of expedited licenses pursuant to Section 5 (d) of the IMLC.

Accordingly, I have been instructed to inform you that the failure of the SDBOME to cure its default by issuing expedited licenses to these physicians within ten (10) days of receipt of this letter will result in the filing of an enforcement action by the Commission without further notice. I have also been directed to request that you notify the SDBOME of this determination which is responsive to a letter I received from Commissioner Rosario and Commissioner Hansen dated March 11, 2019 (attached for your reference) asking what actions the IMLC is requesting the SDBMOE to take to resolve this matter.

Sincerely,

Richard L. Masters
Legal Counsel

rlm: lww
enclosure
pc: Marschall S. Smith, Executive Director
Kenneth Simons M.D., Chair