**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
*electronically filed*

Civil Action No. 19-cv-00924-KLM

INTERSTATE MEDICAL LICENSURE COMPACT COMMISSION,
*Plaintiff,*

v.

STATE OF SOUTH DAKOTA and
SOUTH DAKOTA BOARD OF MEDICAL & OSTEOPATHIC EXAMINERS,
*Defendants.*

---

# NOTICE OF VOLUNTARY DISMISSAL

---

Comes now the Plaintiff, Interstate Medical Licensure Compact Commission, by counsel, Richard L. Masters, and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the herein action without prejudice. While no grounds are required, Plaintiff further states that the matter has been satisfactorily resolved without the need for further proceedings.

Respectfully submitted,

*s/Richard L. Masters*

Richard L. Masters
MASTERS, MULLINS & ARRINGTON
1012 South Fourth Street
Louisville, Kentucky 40203
502.582.2900/502.587.0931 (fax)
lawsaver@aol.com
Attorney for Plaintiff, Interstate Medical Licensure Compact Commission

**CERTIFICATE OF SERVICE**

On August 2, 2019, I electronically filed this document through the ECF system and I served a true copy upon the following via U.S. Mail, postage prepaid:

Steven Blair
Assistant AG, State of South Dakota
1302 E Hwy 14 Ste 1
Pierre SD 57501

*s/Richard L. Masters*
Richard L. Masters
MASTERS, MULLINS & ARRINGTON
1012 South Fourth Street
Louisville, Kentucky 40203
502.582.2900/502.587.0931 (fax)
lawsaver@aol.com
*Attorney for Plaintiff*